COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:        In the Matter of J.W.W.

Appellate case number:      01-16-00394-CV and
                            01-16-00395-CV

Trial court case number:    2015-06714J and
                            2015-07198J

Trial court:                313th District Court of Harris County

Because appellant challenges juvenile-court orders waiving the juvenile court's jurisdiction and certifying appellant to stand trial as an adult, the Court is required, so far as reasonably possible, to bring the appeals to final disposition within 180 days of May 13, 2016, the date the notices of appeal were filed. *See* Order Accelerating Juvenile Certification Appeals and Requiring Juvenile Courts to Give Notice of the Right to an Immediate Appeal, Misc. Docket 15-9156 (Tex. Aug. 28, 2015). And, the Texas Rules of Appellate Procedure applicable to accelerated appeals apply in these proceedings. *See id.* Under Rule 35.1, the reporter's record was due to be filed no later than May 23, 2016. *See* TEX. R. APP. P. 35.1(b). No reporter's record has been filed.

On May 23, 2016, the court reporter, Jill Bartek, filed a motion requesting a thirty-one day extension to file the reporter's record. We granted the motion in part and extended the due date to June 2, 2016. *See* TEX. R. APP. P. 35.1(c). On June 2, 2016, she filed a second motion, and we extended the due date to June 13, 2016, with no further extensions. Bartek has filed a third motion for an extension, requesting an extension to June 23, 2016. The motion states that the record covers one day of testimony and should be approximately sixty pages. We **DENY** the motion.

**The court reporter, Jill Bartek, (or substitute court reporter) is ordered to file the reporter's record in these appeals no later than no later than THURSDAY, JUNE 23, 2016. *See* TEX. R. APP. P. 35.3(c). No extensions will be granted. If the reporter's record is not filed as directed, we may abate these appeals and remand to**

**the trial court to conduct a hearing to determine the reason for the failure to file the reporter's record in these appeals.**

It is so ORDERED.

Judge's signature: /s/__Terry Jennings__
                      ☒ Acting individually     ☐ Acting for the Court

Date: June 14, 2016